| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

**CIVIL MINUTES—GENERAL**

| Case No. | CV 23-2061-DMG (Ex) | Date | June 15, 2023 |
|---|---|---|---|
| Title | *Michael Rhambo v. ASI El Monte, LLC* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:   IN CHAMBERS—ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

On June 7, 2023, the Court ordered Plaintiff to show cause in writing, no later than June 14, 2023, why the above-entitled action should not be dismissed for failure to prosecute. To date, Plaintiff has not filed a response and the deadline to respond has passed.

Courts have discretion under Federal Rule of Civil Procedure 41(b) to dismiss actions without prejudice. *See* Fed. R. Civ. P. 41(b) (providing that a court may dismiss an action for failure to "prosecute or comply with these rules or a court order"); *see also McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991) ("A district court may *sua sponte* dismiss an action for failure to prosecute."). "The district court [is] required to weigh several factors in determining whether to dismiss [a] case for lack of prosecution: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986).

Having considered these factors, the Court concludes that this case is appropriate for dismissal. The Court therefore **DISMISSES** this action without prejudice under Federal Rules of Civil Procedure 41(b) and 4(m) for failure to prosecute.

**IT IS SO ORDERED**.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |